AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20-20187-CR-SCOLA |
| ROBERTO HEINERT | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    08/28/2020

*DocuSigned by:*
6E122048EC29451...
*Defendant's signature*

*Signature of defendant's attorney*

T. OMAR MALONE
*Printed name of defendant's attorney*

*Judge's signature*

Lauren Louis
*Judge's printed name and title*